# United States of America
## United States Patent and Trademark Office

# YUMMIE BY HEATHER THOMSON

**Reg. No. 4,553,312**

**Registered June 17, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

TIMES THREE CLOTHIER, LLC (NEW YORK LIMITED LIABILITY COMPANY)
12TH FLOOR
561 SEVENTH AVENUE
NEW YORK, NY 10018

FOR: CLOTHING, NAMELY, DRESSES, SHIRTS, UNDERGARMENTS, LINGERIE, SHORTS, HOSIERY, AND LEGGINGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-2011; IN COMMERCE 4-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "HEATHER THOMSON", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SN 86-036,087, FILED 8-13-2013.

NAKIA HENRY, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office