# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,126,770** | TIMES THREE CLOTHIER, LLC (NEW YORK LIMITED LIABILITY COMPANY)<br>561 SEVENTH AVENUE, 12TH FLOOR |
| **Registered Apr. 10, 2012** | NEW YORK, NY 10018 |
| **Int. Cl.: 25** | FOR: CLOTHING, NAMELY, DRESSES, SHIRTS, UNDERGARMENTS, LINGERIE, SHORTS, HOSIERY AND LEGGINGS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| **TRADEMARK** | FIRST USE 4-1-2011; IN COMMERCE 4-1-2011. |
| **PRINCIPAL REGISTER** | THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "HEATHER THOMSON", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD. |
| | THE MARK CONSISTS OF A SQUARE REPRESENTING A DOT IN BETWEEN TWO OPEN ENDED PARENTHESES AND WORDING "YUMMIE BY HEATHER THOMSON". |
| | SN 85-275,285, FILED 3-24-2011. |
| | DAVID C. REIHNER, EXAMINING ATTORNEY |



*Director of the United States Patent and Trademark Office*